UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS J. ROBERT,

    Plaintiff,

v.

                                        Case No. 1:13-cv-382

HOUGHTON AUTOMOTIVE,           HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **MONEY JUDGMENT** is hereby entered in favor of Plaintiff Douglas J. Robert and against Defendant Houghton Automotive in the amount of $1,221.69.

Date:  April 29, 2013                              /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District