UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS J. ROBERT,

    Plaintiff,

                                       Case No. 1:13-cv-382

v.

                                       HONORABLE PAUL L. MALONEY

HOUGHTON AUTOMOTIVE,

    Defendant.

_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **MONEY JUDGMENT** is hereby entered in favor of Plaintiff Douglas J. Robert and against Defendant Houghton Automotive in the amount of $1,221.69.


Date:  April 29, 2013                                    /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District